UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IVETTE HERNANDEZ,

                Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2866 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 3 0 2006 ★

TIME A.M. _____ P.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 27, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       June 29, 2006

                                                    /s/
                                             ROBERT C. HEINEMANN
                                             Clerk of Court